**Nathaniel EPPS, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.**

No. 01–6734.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 18, 2001.

Decided Oct. 9, 2001.

Nathaniel Epps, pro se. Thomas Drummond Bagwell, Assistant Attorney General, Richmond, VA, for appellee.

Before MICHAEL and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Nathaniel Epps appeals the district court's order denying his 28 U.S.C.A. § 2254 (West 1994 & Supp.2001) petition as untimely filed. We have reviewed the record, the district court's opinion, and Epps' informal appellate brief. Because Epps failed to challenge on appeal the basis for the district court's ruling, he has not preserved any issue for our review. 4th Cir. R. 34(b). In addition, it is clear that the district court's conclusion that Epps' petition was untimely is correct. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*